UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20461-CR-ROSENBAUM/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN CAMERON CAIN,

    Defendant.
_____/

## ORDER

This matter is before the Court upon the request of the Government that Dr. Robert Ouaou and Dr. Heather Holmes turn over to the Government the results of all tests that they performed in the course of their duties in this case. Defendant intends to argue temporary insanity in this case and therefore has placed his mental state at issue in this case. Upon careful consideration of the Government's request, it is hereby **ORDERED and ADJUDGED** that by **November 20, 2013**, Dr. Ouaou and Dr. Holmes shall provide Defendant's counsel with copies of all test results and raw data that they obtained in the course of performing their duties with regard to Defendant in this case. Defendant's counsel, in turn, shall provide these documents to the Government by **November 21, 2013**.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 19th day of November 2013.

                                                            ROBIN S. ROSENBAUM
                                                            UNITED STATES DISTRICT JUDGE

copies:        Counsel of Record